# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

XZAVIOUS MONTREZ BROWN,

Movant,

v.

UNITED STATES OF AMERICA,

Respondent.

CRIMINAL ACTION NO.
1:95-cr-00297-WMR

CIVIL ACTION NO.
1:26-cv-00538-WMR

## **ORDER**

In his criminal case, Xzavious Brown has filed a motion to vacate his sentence pursuant to 28 U.S.C. § 2255. (Doc. 134). Brown has also filed Civil Action No. 1:26-cv-00538 against the Government requesting the same relief. After consideration, the Magistrate Judge entered a Report and Recommendation, recommending that Brown's motion to vacate be denied and that Civil Action No. 1:26-cv-00538 be closed because the Court lacks jurisdiction to consider a second or successive § 2255 motion. *See United States v. Holt*, 417 F.3d 1172, 1175 (11th Cir. 2005).

After a complete review, a district judge may accept, reject, or modify a magistrate judge's report and recommendation. *See* 28 U.S.C. § 636(b)(1). If a party

1

files a timely and specific objection to a finding or recommendation by a magistrate judge, the district judge must conduct a *de novo* review with respect to that factual issue. *See Stokes v. Singletary*, 952 F.2d 1567, 1576 (11th Cir. 1992); 28 U.S.C.§ 636(b)(1). Even in the absence of an objection, the district judge reviews the magistrate judge's legal conclusions *de novo*. *See Cooper-Houston v. S. Ry. Co.*, 37 F.3d 603, 604 (11th Cir. 1994).

In the absence of any timely objection and after reviewing the factual findings and legal conclusions, the Court **ADOPTS** the Report and Recommendation (Doc. 135) and makes it part of this Order for all purposes. The motion to vacate (Doc. 134) is **DENIED**. The Clerk of Court shall close Civil Action No. 1:26-cv-00538.

**IT IS SO ORDERED**, this 20th day of March, 2026.

William M. Ray II

WILLIAM M. RAY, II
UNITED STATES DISTRICT JUDGE

2